CLARKE v. MARTIN. (Supreme Court, Appellate Division, First Department. February 11, 1915. Action by Cora M. Clarke against John L. Martin. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 781.

CLARKE, Respondent, v. MILLER et al., Appellants. (No. 6947.) (Supreme Court, Appellate Division, First Department. February 26, 1915.) Appeal from Special Term, New York County. Action by John T. Clarke against Nathan J. Miller and others. From an order granting discovery, defendants appeal. Appeal dismissed. S. A. Lowenstein, of New York City, for appellants.

PER CURIAM. The action appears to have been brought in the county of Kings, and the appeal is from an order made in that county, and should have been taken to the Appellate Division in the Second Department. The appeal is therefore dismissed.

CLARKE v. TAYLOR. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by James R. Clarke against J. Howard Taylor. No opinion. Application granted. Order signed.

CLEARMONT, Appellant, v. RILEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Benjamin C. Clearmont against Clinton Riley and others. No opinion. Order affirmed, with $10 costs and disbursements, upon the ground that the sufficiency of the defense cannot be tested by motion to strike out as irrelevant. Tierney v. Helvetia-Swiss Fire Ins. Co., 129 App. Div. 694, 114 N. Y. Supp. 139.

CLEVELAND, Respondent, v. ELMIRA, C. & W. RY., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by Thurlow W. Cleveland against the Elmira, Corning & Waverly Railway. No opinion. Judgment and order unanimously affirmed, with costs.

CLINCH, Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Duncan L. Clinch against the New York & Queens County Railway Company. G. B. Hanavan, of Long Island City, for appellant. R. H. Patton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re COCHRANE. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) In the matter of the application of Samuel B. Cochrane for admission to the bar. No opinion. Application granted, and order signed.

COHEN, Appellant, v. McNULTY, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Louis Cohen, as administrator, against John McNulty. S. Meyers, of New York City, for appellant. J. J. Mahoney, of New York City, for

respondent. No opinion. Judgment affirmed, with costs. Order filed.

COLLINS, Appellant, v. JACOBS, Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Charles Collins, an infant, etc., against Samuel E. Jacobs. S. A. Syme, of Mt. Vernon, for appellant. B. G. Barton, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements and motion granted with $10 costs. Order filed.

COLLINS et al. v. McCARTHY. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Marie L. Collins and others against John McCarthy. No opinion. Application granted. Order signed.

COLLINS, Respondent, v. SWEENEY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Alva Collins against Mary C. Sweeney and another. No opinion. Motion denied. See, also, 150 N. Y. Supp. 1081.

COMMERCIAL TRUST CO. OF NEW YORK v. PECK et al. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by the Commercial Trust Company of New York against Walter A. Peck and others. No opinion. Judgment affirmed, with costs.

CONDON, Respondent, v. THOMAS F. CONDON & CO., Appellants. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Thomas F. Condon against Thomas F. Condon & Co. No opinion. Judgment and orders unanimously affirmed, with costs.

CONROY, Respondent, v. STANDARD MAIL ORDER CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by Fred L. Conroy against the Standard Mail Order Company. No opinion. Order modified, by striking out the second, third, fifth, and sixth requirements thereof, and, as so modified, affirmed, without costs. See, also, 149 N. Y. Supp. 1076.

CONWAY, Respondent, v. FARISH–STAFFORD CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by John F. Conway against the Farish-Stafford Company.

PER CURIAM. Inasmuch as there was no effective stipulation, the compensation of the referee must be limited to the legal rate prescribed by section 3296 of the Code of Civil Procedure. Order reversed, with $10 costs and disbursements, and proceeding remitted to the clerk of the county of Queens for the retaxation of plaintiff's costs, upon notice. See, also, 157 App. Div. 481, 142 N. Y. Supp. 572.

COOK, Respondent, v. SHOEMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Ac-